UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

CLYDE NMN HALE
SSN: xxx-xx-4756

CASE NUMBER: 05-31644
CHAPTER 13

MAUDE ELIZABETH HALE
SSN: xxx-xx-8390
Debtors

---

### NOTICE TO IMPROVEMENT SOLUTIONS C/O GE MONEY BANK THAT $960.66 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Improvement Solutions c/o GE Money Bank, creditor herein, and deposits $960.66 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Improvement Solutions c/o GE Money Bank was:

   Dept. 0008
   Palatine, IL 60055-0008

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned as undeliverable by the United States Postmaster;

3. That the Standing Chapter 13 Trustee found an address on the internet and sent a letter to:

   P. O. Box 981422
   El Paso, TX 79998-1422

   over 30 days ago, and has not received a response.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   June 1, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on     June 1, 2011

By U.S. Mail postage prepaid
Debtors: Clyde and Maude Hale, 278 Columbia Avenue, Peru, IN 46970
Creditor:  Improvement Solutions c/o GE Money Bank, Dept. 0008, Palatine, IL 60055-0008

By electronic mail via CM/ECF:

Debtors' Attorney: Brad A. Woolley
U.S. Trustee: ustregion10.so.efc@usdoj.gov

                                                        /s/ Harriette M. King
                                                        Harriette M. King